**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 17, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00199-CV

## IN RE MASSACHUSETTS BAY INSURANCE COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1100748**

---

## MEMORANDUM OPINION

On March 16, 2018, relator Massachusetts Bay Insurance Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52.

On May 7, 2018, relator filed a motion asking this court to dismiss its petition for writ of mandamus.

We GRANT the motion and dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Busby, Brown, and Jewell.